IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02697-REB-KLM

GILBERT PONDER,

    Plaintiff,

v.

GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF FRONTIER AIRLINES, INC., and
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#26] filed March 16, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#26] filed March 16, 2010, is **APPROVED**;

    2. That any pending motion is **DENIED** as moot; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated March 17, 2010, at Denver, Colorado.

    BY THE COURT:

    */s/ Robert E. Blackburn*
    Robert E. Blackburn
    United States District Judge